# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jason Johnson, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  1:13-cv-00765 |
| Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated May 2, 2013

Respectfully submitted,

By: /s/ *Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorneys for Plaintiff:
Jason Johnson

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                  Sergei Lemberg