# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jason Johnson, | : |
| Plaintiff, | : Civil Action No.:  1:13-cv-00765 |
| v. | : |
| Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Jason Johnson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 26, 2013

Respectfully submitted,

By: /s/ *Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Jason Johnson

So ordered.  /s/Dan Aaron Polster  8/28/13